IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 184.153.7.229

**ISP:** Time Warner Cable
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/29/2016 23:02:57 | 2D81F381C41FFC4C73E58DBFD64C8F3FC0F95048 | Hotter Than Ever |
| 11/17/2016 02:59:50 | D5131C67120956C8C3F530D4489340967F1543A1 | Introducing Miss Jones |
| 10/22/2016 04:11:44 | 5BF326FBAAF87F3E750F080DCE085011E562EBBE | Forbidden Fruit |
| 09/30/2016 23:43:46 | 9E0D4ACF8301C17E7AAC45C100A0251DE43B11AB | Return of the Pussy Cat Burglar |
| 09/29/2016 22:20:26 | CDCFAF4C5C41DFFA02C2DFC995F021407032CFE1 | Luscious Lena |
| 09/18/2016 04:18:24 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 09/04/2016 02:57:48 | 914F86188E3EF87DE6558D943E850797B4AF845D | Pussy Cat Burglar |
| 08/29/2016 04:01:16 | CEF4BD6EB49609DCCABAFFA0266F889ED197FD6A | Romance in the Garden |
| 06/14/2016 00:59:15 | 4C9F51B3BEE0A82400CB4BF54064A8537D3435C8 | Stay With Me |
| 05/31/2016 01:12:46 | 9BBBC63E7E9DEE5CE505C694F12392A174C0B2EB | The Artiste |
| 04/14/2016 03:09:32 | 7095F159AFB59D795B0661159E3D88E1C3F59BEB | Nina Needs It Now |
| 03/27/2016 22:25:11 | D1D1AF14AC8AAFD4A3BC968F56A4FC9A04BFA23A | Four Play |
| 01/29/2016 03:20:02 | 9EA8660347B34F9DE88D7F4CEFEE6C4044F970CE | Four Way In 4K |
| 01/16/2016 03:06:45 | 5811C75D0CA3CD35C2CD6C2294A4209E2744BE21 | Sweet Sensations |
| 01/06/2016 03:14:17 | 2C45231F8B5F70ACEBF3578291074F38C143BAED | Fashion Models |
| 12/29/2015 04:06:48 | 7DBCA94983661CA6AA5487316D4B597408FD7A85 | Spread Across The Floor |
| 12/03/2015 03:15:07 | E46F91CEB92F537915B57593C976995AD9BFE763 | Hot Winter Fox |
| 10/19/2015 02:33:41 | 47A99D5D93ADB0A0AD477C8D77FCC33CCA08BA5A | Four Ways |
| 09/24/2015 03:47:01 | 1EDD9C01913B8173096BB072FBA6AB9C34B3EEDE | Sapphic Waltz |
| 08/27/2015 03:06:25 | 2A19B9CC9092AC10B844E2C79D2CF7CACEF69991 | Keep Cumming Kylie |
| 07/10/2015 02:28:06 | C197C0702F46472EA69F407BCF709BE614DB5BD6 | Catching The Sun |
| 06/24/2015 23:45:06 | D01D54EE3CCA3D37071B7A238B54166CDB1DCDE6 | A Deep Awakening |

EXHIBIT A

SNY355

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/14/2015 20:03:19 | A69EA187E6D5E1595CA736C273464A380F452679 | Lisas Playroom |
| 06/01/2015 23:24:49 | 5A1B4EF8591CBF4005162C183F53A5CAC258464D | Hippie Chic |
| 05/13/2015 03:42:47 | 274FF444CA82FBAA3284322A1B9956BB950BF8E1 | A Sultry Summer Invitation |
| 05/04/2015 01:29:07 | 9D0FCEFAA58CFA256C682568A316189A6420BAF7 | Cum Inside the Fantasy Suite |
| 04/01/2015 21:27:17 | F1DB6550CAFE0B20CB7CF769F352051FEDF69B94 | Tight Ass Teen |
| 03/28/2015 17:45:59 | 31485F9AB321D5A8E0495138972EC76874AB2D8E | UnBREElievable |
| 03/24/2015 20:27:59 | 592D840C4BBCDDB1C6AC8A8350EF8FFFD515B716 | Take Me Now |
| 03/22/2015 04:03:08 | 4CD3C5E4AD53A28EDDD6C56F876CF4E7F4DC1614 | Blondes Love Brunettes |
| 03/04/2015 03:59:04 | CD8514DB27AA41EEBDE014DCDBC8A27A218AE267 | Red Hot and Ready |
| 02/26/2015 18:23:42 | AC25BCAF1E7FE4D2F84E4FFCB420CA861C36DE9F | Deepest Desires |
| 02/21/2015 03:13:42 | B70CB6EB580981804B5E9F2AF7825E552004DDDF | Midnight Passion |
| 02/19/2015 00:12:23 | A7428806B93EDEDBA6EB086617C5124E87071ECE | In The Mirror |
| 02/18/2015 23:58:45 | BC6913AC12527828841169B894D4B3E625591672 | Good Night Kiss |
| 02/18/2015 23:53:32 | 54DF85A572880491FF3F872E23C0B5E6B0621102 | The Studio Part #1 |
| 02/17/2015 23:44:22 | C3F656CDA6134E3569B0476DAB07D8913E01DF6E | Bring Me To My Knees |
| 02/11/2015 00:56:26 | 1E8537950CFD34D99990C8C48CFEC0701911977A | Super Cutie |
| 02/06/2015 03:42:18 | 1F668B320D01029169A05DB8B5F2CAAE2810457A | Those Beautiful Lips |
| 02/01/2015 04:37:33 | F0FD5C999A9F0543E5FE9C5C89EBF30F3F93F016 | Maybe Yes |
| 01/20/2015 00:01:21 | D02064355265CBAEE0B733019F78E17BEAD29794 | Fucking Ballerinas |
| 01/14/2015 03:02:44 | 8A4573D4EF1365B844F610B9EAF94AEBDDA1E695 | Love From USA |
| 01/03/2015 05:36:12 | 0D200B9B74AC27937612987A0DE881153905A60C | Barely Fits |
| 12/29/2014 02:43:40 | D766E56FE53D252B7BB9D1968F8DD6E8855842FA | Strawberry Morning |
| 12/27/2014 03:31:23 | BE2E76C74F106A57FB14920547944B22754995E2 | Never Better |
| 12/21/2014 05:06:11 | 35BA878322CEAA823083133EBB770FE041F8B4B2 | Tease Me Please Me |
| 12/15/2014 22:06:56 | 71DE9AE218951831C62CEC6AE20ACCBB53AA2E95 | Watching |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/12/2014 05:46:58 | FF6F574E973FBB7EB5E20715C9F6B4135FB7286A | Tarde Espanola |
| 12/01/2014 22:37:33 | 0DABD00FEF58BA547E36C4B7AF63B450E6C1F8C4 | Forever You Part #2 |
| 12/01/2014 22:35:14 | 80E32FB9BED3884060D5DF3572A634CBD8AA92D8 | Light My Fire |
| 11/23/2014 21:24:20 | 88880BA49BE6AECD218F30F515D301C1527CF1D2 | Fuck Me More |
| 11/19/2014 22:21:17 | 3B20BDCD57E98A0FBECB612F60D7057D9BDAC50C | Tight and Wet |
| 11/10/2014 20:37:19 | FD0B269279B7F1330CE463A47F61C4998D4D1F2D | Model Couple on Vacation |
| 11/10/2014 20:29:49 | B6FD1B902E120956F7E9BF459C5C8C7A02F8DEB2 | Making Music |
| 11/10/2014 19:27:44 | 0CDB9EB253ACB8CBC1179BF47F7F751F894CB9F3 | Summertime |
| 11/08/2014 04:47:08 | 4BA35D9CF9A56C10649D35CE49BE8732D7D996F9 | Why I Love Czech Girls |
| 11/03/2014 03:09:05 | 2F4771020A9701851F7D58DDEC8A77D916B55650 | Exposed And Aroused |
| 11/03/2014 02:55:24 | B2BE8CED9707899AAF5C35F69A38200723690B60 | Sunset Memories |

**Total Statutory Claims Against Defendant: 58**

EXHIBIT A

SNY355