**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
::
MALIBU MEDIA, LLC,:
:  Civil Action No. 1:17-cv-01067-DAB
  Plaintiff,:
:
  vs.:
:
JOHN DOE, subscriber assigned IP address:
184.153.7.229,:
:
  Defendant.:
---------------------------------------------------------------X

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe, subscriber assigned IP address 184.153.7.226. ("Defendant") through his counsel, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses John Doe from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  November 8, 2017

> Respectfully Submitted,
> By: <u>/s/ Kevin T. Conway, Esq.</u>
> Kevin T. Conway, Esq. (KC-3347)
> kconway@ktclaw.com
> 664 Chestnut Ridge Road
> Spring Valley, NY 10977-6201
> T: (845) 352-0206
> F: (845) 352-0481
> *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ Kevin T. Conway, Esq.
      Kevin T. Conway, Esq.