✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------X
                                              :
MALIBU MEDIA, LLC,                            :
                                              :   Civil Action No. 1:17-cv-01067-DAB
                    Plaintiff,                :
                                              :
            vs.                               :
                                              :
JOHN DOE, subscriber assigned IP address      :
184.153.7.229,                                :
                                              :
                    Defendant.                :
---------------------------------------------------------------X
```

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY**
**DISMISSAL WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe, subscriber assigned IP address 184.153.7.226.  ("Defendant") through his counsel, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses John Doe from this action <u>with prejudice</u>.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  November 8, 2017

                                              Respectfully Submitted,
                                              By: <u>/s/ Kevin T. Conway, Esq.</u>
                                              Kevin T. Conway, Esq. (KC-3347)
                                              kconway@ktclaw.com
                                              664 Chestnut Ridge Road
                                              Spring Valley, NY 10977-6201
                                              T: (845) 352-0206
                                              F: (845) 352-0481
                                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: /s/ Kevin T. Conway, Esq.
                                            Kevin T. Conway, Esq.

**Copyrights-In-Suit for IP Address 184.153.7.229**

**ISP:** Time Warner Cable
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Hotter Than Ever | PENDING | 11/27/2016 | 12/15/2016 | 11/29/2016 |
| Introducing Miss Jones | PENDING | 11/11/2016 | 11/20/2016 | 11/17/2016 |
| Forbidden Fruit | PENDING | 10/15/2016 | 11/20/2016 | 10/22/2016 |
| Return of the Pussy Cat Burglar | PENDING | 09/30/2016 | 11/20/2016 | 09/30/2016 |
| Luscious Lena | PENDING | 09/27/2016 | 11/20/2016 | 09/29/2016 |
| Caprice Swaps Cocks | PENDING | 09/17/2016 | 11/20/2016 | 09/18/2016 |
| Pussy Cat Burglar | PENDING | 09/03/2016 | 09/13/2016 | 09/04/2016 |
| Romance in the Garden | PENDING | 08/27/2016 | 09/13/2016 | 08/29/2016 |
| Stay With Me | PA0001780465 | 10/28/2011 | 03/10/2012 | 06/14/2016 |
| The Artiste | PENDING | 05/28/2016 | 06/08/2016 | 05/31/2016 |
| Nina Needs It Now | PENDING | 04/12/2016 | 05/24/2016 | 04/14/2016 |
| Four Play | PENDING | 03/25/2016 | 04/13/2016 | 03/27/2016 |
| Four Way In 4K | PENDING | 01/28/2016 | 02/17/2016 | 01/29/2016 |
| Sweet Sensations | PENDING | 01/15/2016 | 02/17/2016 | 01/16/2016 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 01/06/2016 |
| Spread Across The Floor | PA0001937378 | 03/17/2015 | 04/03/2015 | 12/29/2015 |
| Hot Winter Fox | PA0001974018 | 12/02/2015 | 01/18/2016 | 12/03/2015 |
| Four Ways | PA0001914532 | 09/13/2014 | 09/16/2014 | 10/19/2015 |
| Sapphic Waltz | PA0001843110 | 05/07/2013 | 05/14/2013 | 09/24/2015 |
| Keep Cumming Kylie | PA0001967082 | 08/25/2015 | 09/07/2015 | 08/27/2015 |
| Catching The Sun | PA0001950762 | 07/09/2015 | 07/13/2015 | 07/10/2015 |

EXHIBIT B

SNY355

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Deep Awakening | PA0001949368 | 06/24/2015 | 07/01/2015 | 06/24/2015 |
| Lisas Playroom | PA0001947091 | 06/13/2015 | 06/16/2015 | 06/14/2015 |
| Hippie Chic | PA0001946189 | 05/29/2015 | 06/16/2015 | 06/01/2015 |
| A Sultry Summer Invitation | PA0001944206 | 05/12/2015 | 06/02/2015 | 05/13/2015 |
| Cum Inside the Fantasy Suite | PA0001942000 | 05/02/2015 | 05/06/2015 | 05/04/2015 |
| Tight Ass Teen | PA0001938748 | 04/01/2015 | 04/06/2015 | 04/01/2015 |
| UnBREElievable | PA0001938830 | 03/28/2015 | 04/06/2015 | 03/28/2015 |
| Take Me Now | PA0001937380 | 03/24/2015 | 04/03/2015 | 03/24/2015 |
| Blondes Love Brunettes | PA0001937376 | 03/21/2015 | 04/03/2015 | 03/22/2015 |
| Red Hot and Ready | PA0001935104 | 03/03/2015 | 03/11/2015 | 03/04/2015 |
| Deepest Desires | PA0001935110 | 02/26/2015 | 03/11/2015 | 02/26/2015 |
| Midnight Passion | PA0001933685 | 02/20/2015 | 03/03/2015 | 02/21/2015 |
| In The Mirror | PA0001932118 | 02/09/2015 | 02/17/2015 | 02/19/2015 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 02/18/2015 |
| The Studio Part #1 | PA0001936621 | 01/23/2015 | 01/28/2015 | 02/18/2015 |
| Bring Me To My Knees | PA0001932106 | 02/15/2015 | 02/17/2015 | 02/17/2015 |
| Super Cutie | PA0001929804 | 01/20/2015 | 01/28/2015 | 02/11/2015 |
| Those Beautiful Lips | PA0001931478 | 02/05/2015 | 02/17/2015 | 02/06/2015 |
| Maybe Yes | PA0001931475 | 01/31/2015 | 02/17/2015 | 02/01/2015 |
| Fucking Ballerinas | PA0001928404 | 01/17/2015 | 01/19/2015 | 01/20/2015 |
| Love From USA | PA0001928430 | 01/03/2015 | 01/19/2015 | 01/14/2015 |
| Barely Fits | PA0001928412 | 01/03/2015 | 01/19/2015 | 01/03/2015 |
| Strawberry Morning | PA0001926089 | 12/27/2014 | 12/29/2014 | 12/29/2014 |
| Never Better | PA0001926087 | 12/26/2014 | 12/29/2014 | 12/27/2014 |
| Tease Me Please Me | PA0001926095 | 12/20/2014 | 12/29/2014 | 12/21/2014 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Watching | PA0001926090 | 12/14/2014 | 12/29/2014 | 12/15/2014 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 12/12/2014 |
| Forever You Part #2 | PA0001923966 | 11/30/2014 | 12/08/2014 | 12/01/2014 |
| Light My Fire | PA0001923961 | 11/28/2014 | 12/08/2014 | 12/01/2014 |
| Fuck Me More | PA0001923957 | 11/22/2014 | 12/08/2014 | 11/23/2014 |
| Tight and Wet | PA0001923176 | 11/19/2014 | 11/23/2014 | 11/19/2014 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 11/10/2014 |
| Making Music | PA0001883769 | 03/07/2014 | 03/22/2014 | 11/10/2014 |
| Summertime | PA0001922274 | 11/09/2014 | 11/14/2014 | 11/10/2014 |
| Why I Love Czech Girls | PA0001922272 | 11/07/2014 | 11/14/2014 | 11/08/2014 |
| Exposed And Aroused | PA0001921293 | 11/01/2014 | 11/06/2014 | 11/03/2014 |
| Sunset Memories | PA0001921296 | 10/31/2014 | 11/06/2014 | 11/03/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  58**

EXHIBIT B

SNY355